IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CUTTER DOY HUTCHISON,

    Plaintiff,

v.                                         2:24-CV-056-Z-BR

GRAY COUNTY JAIL, *et al.*,

    Defendants.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to dismiss this case pursuant to 28 U.S.C. Section 1915(e)(2)(B). No objections to the Findings, Conclusions, and Recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct. ECF No. 17. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the Magistrate Judge are **ADOPTED** and this case is hereby **DISMISSED** with prejudice.

**SO ORDERED.**

August 25, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE